*AO 120 (Rev. 08/10)*

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
____ Trademarks or  **X** Patents. ( ____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>2:15–cv–03416–ES–JAD | DATE FILED<br>5/18/2015 | U.S. DISTRICT COURT<br>NEWARK, NJ |
|---|---|---|
| PLAINTIFF<br>WAG ACQUISITION, L.L.C. | | DEFENDANT<br>GAMELINK INTERNATIONAL LIMITED |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 PLEASE SEE COMPLAINT | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above--entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above--entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ MARIA F. GARCIA | DATE<br>5/18/2015 |
|---|---|---|

**Copy 1--Upon initiation of action, mail this copy to Director   Copy 3--Upon termination of action, mail this copy to Director**
**Copy 2--Upon filing document adding patent(s), mail this copy to Director   Copy 4--Case file copy**