Vincent S. Verdiramo, Esq.
NJ Bar # 024691986
Verdiramo & Verdiramo P.A.
3163 John F. Kennedy Blvd.
Jersey City, New Jersey 07306
Telephone: (201) 798-7082
Facsimile: (201) 798-4627
E-mail: vincent@verdiramolaw.com
*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> GAMELINK INTERNATIONAL LIMITED, and <br><br> DOES 1-20, <br><br> Defendants. | Civil Action No. 2:15-CV-03416-ES-JAD <br><br> DECLARATION OF VINCENT S. VERDIRAMO IN FURTHER SUPPORT OF MOTION FOR THE ADMISSION *PRO HAC VICE* OF JEROME H. MOONEY |

Vincent S. Verdiramo declares under penalty of perjury pursuant to 28 U.S.C. §1746 that:

1. I am an attorney-at-law and a partner of the firm Verdiramo & Verdiramo P.A., with offices at 3163 John F. Kennedy Blvd., Jersey City, New Jersey, counsel for Gamelink International Limited ("Gamelink"). I make this declaration in support of Gamelink's motion for the admission *pro hac vice* of Jerome H. Mooney.

2. I am a member in good standing of the Bar of the State of New Jersey, and of the Bar of this Court.

3. Mr. Mooney is an attorney-at-law licensed to practice law in the State of Utah (admitted 1972) State of California (admitted 1998), the United States Supreme Court (admitted 1984) the Federal District Courts of Utah (admitted 1972), the 9th Circuit Court of Appeals (admitted 2002), the 10th Circuit Court of Appeals (admitted 1974), the Central District of California (admitted 1999) and Northern District of California (admitted 2008).

4. In accordance with Local Civil Rule 101.1(c)(2), Mr. Mooney shall make a payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Civil Practice Rule 1:28-2(a), and shall make such payment for any year in which he continues to represent the aforesaid Defendant in a matter pending in this Court.

5. To the best of my knowledge, Mr. Mooney has never been the subject of any disciplinary proceeding by any court or other authority, and has never been suspended or disbarred by any court or bar.

6. I know Mr. Mooney, and believe him to be an attorney of good moral character.

7. I certify that I shall continue to act as counsel-of-record in this action and will comply with Local Civil Rule 101.1(c).

8. I respectfully request that this Court grant this Application to admit Mr. Mooney *pro hac vice* to participate as counsel for Gamelink in the above-captioned action and for all purposes in connection with this action.

I attach hereto a proposed consent order for admission *pro hac vice.*

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2015         */s/ Vincent S. Verdiramo*
                                       Vincent S. Verdiramo

*K:\0-ATTYS\JHM\CLIENTS\GAMELINK\PATENT \vs. GameLink\Pro Hac Application\VV Declaration.doc rev by JK*