Vincent S. Verdiramo, Esq.
NJ Bar # 024691986
Verdiramo & Verdiramo P.A.
3163 John F. Kennedy Blvd.
Jersey City, New Jersey 07306
Telephone: (201) 798-7082
Facsimile: (201) 798-4627
E-mail: vincent@verdiramolaw.com

Jerome H. Mooney, Esq (Pro hac vice pending)
California Bar 199542
Weston, Garrou & Mooney
12121 Wilshire Blvd., 525
Los Angele, California 90025
Telephone:  (310) 442-0072
Facsimile: (310) 442-0899
E-mail: jerrym@mooneylaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAMELINK INTERNATIONAL LIMITED, and<br><br>DOES 1-20,<br><br>　　　　　Defendants. | Civil Action No. 2:15-CV-03416-ES-JAD<br><br>**DECLARATION OF JOHN LAWRENCE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

John Lawrence declares under penalty of perjury pursuant to 28 U.S.C. §1746 that:

1. I am Director for Defendant Gamelink International Limited ("Gamelink").

2. Gamelink is a Bahamian Corporation. It was formed on May 10 2012. I am the registered agent and my address is New Providence Financial Center, Ste 1000, East Bay Street, P.O. Box CR56766, Nassau, Bahamas.

3. Gamelink has no employees, regular bank accounts, offices, physical presence, or even a mailing address within the State of New Jersey or the United States.

4. Gamelink does not produce its own content. It obtains the use of content by license from other producers. Some of these producers are in the United States. None of these producers is in the State of New Jersey. Gamelink sells the content it license from other producers on Gamelink.com. Gamelink determines what content will be made available for purchase by customers on the Gamelink.com website and sets the product pricing. Content is offered for sale on Gamelink.com, and is available for purchase virtually any place on earth that has Internet access.

5. Gamelink is the owner of the domain name Gamelink.com. Webhosting for Gamelink.com is provided by an unrelated unaffiliated Canadian Company under a Master Service Agreement. This webhost company provides similar services for other unrelated websites.

6. Gamelink.com products include video as well as other material. Customers who purchase video products may download the product, or watch it directly on a computer or mobile device. All delivery of video purchased from Gamelink.com is provided to customers by an unrelated

unaffiliated company located in the Seychelles.  The Seychelles Company's services include "international distribution for live and on demand media streams and/or downloads in Microsoft IIS Smooth Streaming, Apple HTTP Adaptive Bitrate Streaming, Windows Media Streaming, RTMP Streaming, HTTP streaming, and HTTP Downloads, management, maintenance, and monitoring necessary to have media content accessible per the MSA and emergency support procedures as described in this document."  All delivery of content is in the sole and exclusive control of the Seychelles Company including all video streaming.  Gamelink does not participate in any way in delivering product. The Seychelles Company provides similar delivery services for other customers.

7. The IP address 208.185.30.31 is associated with the Gamelink.com site.  Gamelink does not own that IP address, it is provided by the Seychelles Company.

8. When customers purchase content from Gamelink.com, the financial transaction is processed and collected by an unrelated unaffiliated Puerto Rican company.  The Puerto Rican company provides similar financial processing services for many other companies.  The Puerto Rican company uses its own proprietary designed Internet based gateway system to facilitate international credit card and Paypal transactions.  The system allows the processing of transactions in virtually any part of the world.  The funds collected by the Puerto Rican Company from Gamelink.com sales are paid into various merchant accounts and are then deposited into a bank account in Europe.  Gamelink has three merchant accounts in the United States to accommodate some very limited credit card collections that cannot

be processed through EU banks. None of these accounts is in New Jersey. These accounts are automatically cascaded into the European accounts.

9. Gamelink also owns the rights to the domain name Gamelinklive.com. A link on Gamelink.com can be utilized to connect to Gamelinklive.com. Gamelink does not create, control or operate Gamelinklive.com or any content thereon.

10. Gamelink has contracted with an unrelated unaffiliated California Company, pursuant to which, the California Company exclusively utilizes Gamelinklive.com and provides international access to content developed by it. The California Company pays Gamelink for the use of the domain name and a link to the site from Gamelink.com. The California Company has a proprietary live chat platform and operates a "private label version" of its proprietary Live Chat Platform utilizing Gamelinklive.com. The California Company performs all billing and payment processing activities in connection with customer purchases from that site. All of the online performers at the Gamelinklive.com site are provided by the California Company.

11. Gamelink has a promotional service agreement with Lyris, Inc., an unrelated unaffiliated company. Under this agreement, Lyris provides international email services for periodic promotional emails. New Jersey email addresses are neither specifically included nor excluded, nor are New Jersey residents targeted in any way.

I declare under penalty of perjury under the laws of United States of America, that the foregoing is true and correct.

Dated: April 14, 2015

John Lawrence