LAW OFFICES
## WESTON, GARROU & MOONEY
A PARTNERSHIP OF PROFESSIONAL BUSINESS ENTITIES

JOHN H. WESTON[1‡]
G. RANDALL GARROU[1‡]
JEROME H. MOONEY[1,4◊]
MARK P. BINDER[1‡]
REBEKAH FRUSHTICK[1,2]

12121 WILSHIRE BOULEVARD
SUITE 525
LOS ANGELES, CALIFORNIA 90025
FAX (310) 442-0899
(310) 442-0072

SALT LAKE CITY
50 WEST BROADWAY
SUITE 300
SALT LAKE CITY, UT 84101-2006
(801) 364-5635

[1]ADMITTED IN CALIFORNIA
[2]ADMITTED IN ILLINOIS
[4]ADMITTED IN UTAH

[‡]A CALIFORNIA PROFESSIONAL CORPORATION
[◊]A UTAH PROFESSIONAL CORPORATION

October 27, 2016

Hon. Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **WAG Acquisition, LLC v. Gamelink International Limited, et al.**
**Civil Action 2:15cv3416 (ES)(MAH)**

Your Honor:

On behalf of Defendant Gamelink International Limited ("Gamelink") and Plaintiff WAG Acquisitions L.L.C. ("WAG") in the above captioned matter, we write jointly to provide the Court with a report regarding the parties' status in connection with jurisdictional discovery and to propose a modification to the schedule for completion of jurisdictional discovery and briefing, if necessary.

While the parties have been exchanging jurisdictional information, the parties have devoted the majority of their attention to discussions of settlement. The parties request that the current schedule be enlarged by 60 days to allow settlement discussions as well as the exchange of jurisdictional information to continue.

The parties propose the following modified schedule:

| | |
|---|---|
| **December 31, 2016** | Completion of jurisdictional discovery |
| **January 23, 2017** | Defendant to file motion to dismiss |
| **February 13, 2017** | Plaintiff's response |
| **February 27, 2017** | Defendant's Reply, if any. |

The parties request this Court approve the proposed discovery and briefing schedule.

Respectfully submitted,

K:\0-ATTYS\JHM\Clients\Gamelink\Patent litigation\vs. GameLink\Ltr Status Report 102716.docx

LAW OFFICES
WESTON, GARROU & MOONEY
A PARTNERSHIP OF PROFESSIONAL BUSINESS ENTITIES

Addressee
Re: *WAG v. Gamelink,* **Status Report**
10/28/2016
Page 2

         WESTON, GARROU & MOONEY

         /s/ Jerome H. Mooney
        By
JHM:km        JEROME H. MOONEY, III