

David G. Liston
212 822 0160
david.liston@lbkmlaw.com

August 15, 2018

**VIA ECF**

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re: **WAG Acquisition, L.L.C. v. Gamelink Int'l Ltd.,** *et al.* **(15-cv-3416)**

Dear Judge Hammer:

      WAG Acquisition, L.L.C. ("WAG") and GameLink International ("GameLink") write jointly to respectfully inform the Court that WAG and GameLink have reached an agreement in principle to settle the above-captioned matter.

      The parties therefore ask that the oral argument regarding GameLink's Motion to Dismiss, scheduled for August 16 (see D.I. 47, 49), be extended for sixty (60) days to allow the parties to formalize their agreement and file a dismissal of this action.

      We thank the Court for its kind consideration of this submission. Should Your Honor have any questions, we are available at the Court's convenience.

                                             Respectfully submitted,

                                             David G. Liston

cc: Counsel of record (via ECF)

The Chrysler Building   |   405 Lexington Avenue, 62nd Floor   |   New York, NY 10174   |   t 212 826 7001   |   f 212 826 7146

NEW YORK   WASHINGTON   LONDON   BUENOS AIRES

lbkmlaw.com