

Ronald Abramson
212 822 0163
ronald.abramson@lbkmlaw.com

October 15, 2018

**VIA ECF**

The Honorable Esther Salas, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      **Re: WAG Acquisition L.L.C. v. Gamelink Int'l Ltd., et al. (15-cv-3416)**

Dear Judge Salas:

      WAG Acquisition, L.L.C. ("WAG") and GameLink International ("GameLink") write jointly to respectfully request that the Court authorize an extension, to November 9, 2018, of the 60-day period provided under the Court's Order entered on August 16, 2018 (D.I. 52), to allow the parties to complete their settlement and thus be in a position to file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41.

      The parties have reached agreement as to settlement but require this extension to execute and file the related dismissal documents. Extending the time for the parties to complete the agreed settlement procedures will ensure that this action is closed in an appropriate manner.

      We thank the Court for its kind consideration of this submission. Should Your Honor have any questions, we are available at the Court's convenience.

                                                Respectfully submitted,

                                                Ronald Abramson

cc: Counsel of record (via ECF)

The Chrysler Building  |  405 Lexington Avenue, 62nd Floor  |  New York, NY 10174  |  t 212 826 7001  |  f 212 826 7146
NEW YORK    WASHINGTON    LONDON    BUENOS AIRES
lbkmlaw.com