UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> GAMELINK INTERNATIONAL LIMITED, and <br><br> DOES 1-20, <br><br> Defendants. | Case No.: 2:15-cv-3416-ES-MAH <br><br> NOTICE OF DISMISSAL |

Plaintiff WAG ACQUISITION, L.L.C. hereby dismisses this action and all claims therein against defendant GAMELINK INTERNATIONAL LIMITED with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 6, 2018

s/ Ronald Abramson
Ronald Abramson
Lewis Baach Kaufmann Middlemiss pllc
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 822-0163
*Attorneys for Plaintiff*

SO ORDERED.

Esther Salas, U.S.D.J.
Date: 11/8/18